IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROGER SAID TORRES ZAPATA,** : | |
| Petitioner, : | |
| : | |
| v. : | Civ. No. 26-00004 |
| : | |
| **JL JAMISON,** *et al.*, : | |
| Respondents. : | |
| : | |

# O R D E R

**AND NOW**, this 8th day of January, 2026, upon consideration of Roger Said Torres Zapata's Petition (Doc. No. 1) and Motion for Temporary Restraining Order (Doc. No. 2), and the Government's Response (Doc. No. 4), it is hereby **ORDERED** that the Motion (Doc. No. 2) and Petition (Doc. No. 1) are **GRANTED IN PART** as follows:

1. For the reasons stated in <u>Demirel</u>, **Petitioners are not subject to mandatory detention under 8 U.S.C. § 1225(b)(2)**, and instead may be detained, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).  See <u>Demirel v. Federal Detention Ctr. Philadelphia</u>, No. 25-5488, 2025 WL 3218243 (E.D. Pa. Nov. 18, 2025).

2. All claims against Lyons, Bondi, Noem, and the Department of Homeland Security are **DISMISSED**.  See <u>Demirel</u>, 2025 WL 3218243, at *2 (quoting <u>Rumsfeld v. Padilla</u>, 542 U.S. 426, 435 (2004)).

3. <u>**On or before** January 15, 2026</u>, Respondents **shall provide** Petitioners with a **bond hearing in accordance with 8 U.S.C. § 1226(a)**.

4. Should the IJ deny bond, Respondents **shall provide** Petitioners the opportunity to appeal to the Board of Immigration Appeals.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.

1