**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROGER SAID TORRES ZAPATA,** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Civ. No. 26-00004** |
| | : | |
| **JL JAMISON,** *et al.*, | : | |
| **Respondents.** | : | |
| | : | |

## O R D E R

**AND NOW**, this 8th day of April, 2026, it is hereby **ORDERED** that Respondents

**SHALL** respond to Petitioner's Motion for Attorney Fees (Doc. No. 6) **no later than** **April 21,**

**2026.**

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____
Paul S. Diamond, J.