## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROGER SAID TORRES ZAPATA, | **:** | |
| Petitioner, | **:** | |
| | **:** | |
| v. | **:** | **Civ. No. 26-00004** |
| | **:** | |
| JL JAMISON, *et al.*, | **:** | |
| Respondents. | **:** | |
| | **:** | |

# O R D E R

**AND NOW**, this 7th day of August, 2026, it is hereby **ORDERED** that Respondents

**SHALL** respond to Petitioner's Motion for Attorney Fees (Doc. No. 6) **no later than** August 21,

**2026.**

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____

Paul S. Diamond, J.